## (January 21, 1960)

■ In the Matter of FRED G. MORITT et al. against ROBERT F. WAGNER, as Mayor of the City of New York, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ NATHAN D. WOLF et al. v. JACOB GOLD et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ WILLIAM F. HEALION et al. v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Probate of the Will of ROBERT S. TURTON, Deceased. GOVERNMENT OF BRITISH HONDURAS, Appellant; HAROLD A. PENSO et al., Respondents.— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals and for a stay pending the hearing and determination of the appeal by the Court of Appeals granted. Settle order on notice. Concur— Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ JOHN J. FINNEGAN v. NEW YORK DOCK COMPANY.— Application granted. Concur— Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ HARRY WEINBERG v. E. B. METAL PRODUCTS CO., INC. E. B. METAL PRODUCTS CO., INC., v. FEDERAL TELEVISION CORP.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated December 14, 1959, is vacated. Concur— Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ HYMAN S. LAUB et al. v. RUTAN ASSOCIATES, INC., et al.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated December 1, 1959, is vacated. Concur— Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ SCOTT MURPHY v. ROFAR REALTY CORPORATION.— Application denied, with $10 costs. Concur— Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MARY WINSLOW et al. v. TRUSTEES OF THE SPENCE SCHOOL, INC.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated December 7, 1959, is vacated. Concur— Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ CHICKEN DRIVERS & CHAUFFEURS UNION, LOCAL No. 167 v. GEORGE PREFTES et al.— Application denied, with $10 costs. Concur— Botein, P. J., Brietel, Rabin, M. M. Frank and Valente, JJ.

■ BERNARD BERGER et al. v. TAMARACK HOLDING COMPANY, INC.— Application denied, with $10 costs. Concur— Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ SAMUEL FREIER, Doing Business as FRESA FABRICS CO. v. ASHOUR SHAYANI, Doing Business as SHAYANI EXPORT CO.— Application granted. Concur— Botein, P. J. Breitel, Rabin, M. M. Frank and Valente, JJ.